

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-121-RCJ-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| JOSE L. G. MATEOS ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#716) on February 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $31,305.28

**Total Amount of Restitution ordered: $31,305.28**

Dated this 20 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE